*Receipt # 7862*
*2/3/11*
*$1.30*

# GORDON & SCHAAL, LLP
## ATTORNEYS AT LAW
### 1039 MONROE AVENUE
### ROCHESTER, NEW YORK 14620

Telephone (585-244-1070
Facsimile (585-244-1085

February 1, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1400 United States Courthouse
100 State Street
Rochester, New York 14614

Re: (Case Name)Thomas Edward Pfeil  /Case # 09-23119
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $1.30. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

✓ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant M&T Bank        Amount $239.98        Claims Register # 3

Kenneth W. Gordon
Chapter 7 Trustee



FILED
FEB - 3 2011
BANKRUPTCY COURT
ROCHESTER, NY